# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 3:15-cr-00431-K |
| ALICIA LEANNE FREEMAN (5) | § | |

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

\_\_\_\_\_ without reservation.

__X__ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

\_\_\_\_\_ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this __26th__ day of __January__, __2016__.

X _____
Signature of Defendant

_____
Attorney for Defendant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 26 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy